*[Handwritten annotations in left margin, including what appears to be a signature and notes: "Adopt the report and recommendation... 12/20/13"]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff/Garnishor,<br><br>v.<br><br>ERIC E. RESTEINER,<br><br>Defendant,<br><br>and<br><br>MARC RESTEINER, as Trustee for the HAROLD E. RESTEINER IRREVOCABLE TRUST, and its successors or assigns,<br><br>Garnishee. | Civil Action No. 01-10637-PBS |

REPORT AND RECOMMENDATION ON APPLICATION
FOR POST-JUDGMENT CONTINUING WRIT OF GARNISHMENT
[Docket No. 141]

December 3, 2013

Boal, M.J.

The United States Securities and Exchange Commission ("SEC") has filed an application for a post-judgment writ of garnishment directed to Marc Resteiner as Trustee for the Harold E. Resteiner Irrevocable Trust (the "Garnishee").[1] On August 19, 2002, the District Court entered a final judgment against defendant Eric E. Resteiner ("Resteiner"). Docket No. 82. The SEC

---

[1] The District Court referred the application to the undersigned on November 1, 2013. Docket No. 142.

-1-